UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. AKINS, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Case Nos. 92-1864, 00-1478, ) 03-2431 (RJL) |
| FEDERAL ELECTION COMMISSION, | ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 6th day of September, 2010, hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment is **DENIED** [#84 in No. 92-1864, #14 in No. 00-1478, #26 in No. 03-2431]; and it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment [#85 in No. 92-1864, #15 in No. 00-1478, #27 in No. 03-2431] is **GRANTED**; and it is further

**ORDERED** that the above-captioned cases be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge